**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 1:06-CR-0358-02-RWS |
| ISMAEL ESTRADA, | : |
| Defendant. | : |

**ORDER**

This case is before the Court for consideration of th Report and Recommendation [146] of Magistrate Judge E. Clayton Scofield, III. After reviewing the Report and Recommendation and Defendant's Objections [149] thereto, the Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motions to Suppress Evidence, both with regard to the premises searched pursuant to search warrants and with regard to the wiretap Orders [133 and 134] are **DENIED**.

**SO ORDERED** this  4th  day of April, 2011.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)